B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Washington

In re  AmericanWest Bancorporation  
Debtor(s)

Case No.  
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AmericanWest Capital Trust II<br>c/o Wilmington Trust Company<br>1100 N. Market Street<br>Wilmington, DE 19890 | AmericanWest Capital Trust II<br>c/o Wilmington Trust Company<br>1100 N. Market Street<br>Wilmington, DE 19890 | | | 8,460,274.00 |
| AmericanWest Capital Trust III<br>c/o Wilmington Trust Company<br>1100 N. Market STreet<br>Wilmington, DE 19890 | AmericanWest Capital Trust III<br>c/o Wilmington Trust Company<br>1100 N. Market STreet<br>Wilmington, DE 19890 | | | 24,044,409.00 |
| AmericanWest Statutory Trust I<br>c/o U.S. Bank NA, TFM Corporate Trust Sv<br>One Federal St, 10th Fl<br>Boston, MA 02110 | AmericanWest Statutory Trust I<br>c/o U.S. Bank NA, TFM Corporate Trust Sv<br>One Federal St, 10th Fl<br>Boston, MA 02110 | | | 11,488,526.00 |
| Ceridian<br>3311 E Old Shakopee Rd<br>Minneapolis, MN 55425 | Ceridian<br>3311 E Old Shakopee Rd<br>Minneapolis, MN 55425 | | | 3,432.19 |
| Columbia Trust Statutory Trust I<br>c/o U.S. Bank NA, TFM Corp Trust Svcs<br>One Federal St., 10th Floor<br>Boston, MA 02110 | Columbia Trust Statutory Trust I<br>c/o U.S. Bank NA, TFM Corp Trust Svcs<br>One Federal St., 10th Floor<br>Boston, MA 02110 | | | 3,422,296.00 |
| Illinois Stock<br>209 W Jackson Blvd<br>Suite 903<br>Chicago, IL 60606 | Illinois Stock<br>209 W Jackson Blvd<br>Suite 903<br>Chicago, IL 60606 | | | 193.32 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re  AmericanWest Bancorporation  
                    Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Executive Vice President, General Counsel and Secretary of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  October 27, 2010         Signature  /s/ Jay B. Simmons  
                                          Jay B. Simmons  
                                          Executive Vice President, General Counsel and Secretary

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.