GARY W. DYER
Assistant United States Trustee
United States Dept. of Justice
Office of the United States Trustee
United States Courthouse
920 West Riverside, Room 593
Spokane, WA 99201
Telephone (509) 353-2999
Fax (509) 353-3124

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

**In re:**

AMERICANWEST BANCORPORATION

Debtor

Case No: 10-06097-PCW11

APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS IN A CHAPTER 11 REORGANIZATION CASE

The United States Trustee hereby appoints the following creditors of the above-named debtor to the committee of unsecured creditors.

    AmericanWest Statutory Trust I
    c/o James H. Byrnes
    U.S. Bank NA , TFM Corporate Trust Service
    Once Federal Street, 3rd Floor
    Boston, MA  02110
    (617) 603-6442

    AmericanWest Capital Trust II
    c/o Steven Cimalore
    Wilmington Trust Company
    Rodney Square North
    1100 North Market Street
    Wilmington, DE  19890-1615
    (302) 636-6058

    AmericanWest Capital Trust III
    c/o Steven Cimalore
    Wilmington Trust Company
    Rodney Square North
    1100 North Market Street
    Wilmington, DE  19890-1615
    (302) 636-6058

APPT. UNSECURED CRED. COMM.

D A T E D this 19th day of November, 2010.

                                          Respectfully submitted,

                                          ROBERT D. MILLER JR.
                                          United States Trustee

                                          /s/ Gary W. Dyer
                                          GARY W. DYER
                                          Assistant United States Trustee

APPT. UNSECURED CRED. COMM.