Christopher M. Alston, WSBA #18823
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3400
Seattle, Washington 98101-3299
Telephone: (206) 447-4400
Facsimile No.: (206) 447-9700

G. Larry Engel *(pro hac vice)*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile No.: (415) 268-7522

Counsel for Debtor
AMERICANWEST BANCORPORATION

The Honorable Patricia C. Williams
Chapter 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| In Re:<br><br>AMERICANWEST BANCORPORATION,<br><br>Debtor. | Case No. 10-06097-PCW-11<br><br>Chapter 11<br><br>**NOTICE OF SUCCESSFUL BIDDER AND CANCELLATION OF AUCTION** |

PLEASE TAKE NOTICE that the above-captioned debtor and debtor-in-possession ("AWBC") received no competing bids in accordance with this Court's *Final Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 365; FED. R. BANKR. P. 2002, 6004, 6006, and 9014; and B.L.R. 6004-1 Approving (A) Bidding Procedures, (B) Bidding Protections, and (C) the Form and Manner of Notice of (I) the Sale of Certain Assets and (II) the Assumption and Assignment of Certain*

*Executory Contracts, and Granting Related Relief* [Docket no. 131], entered on November 18, 2010 (the "Bidding Procedures Order").[1]

Accordingly, no Auction shall be conducted and SKBHC Hawks Nest Acquisition Corp. shall be deemed to be the Successful Bidder.

Dated this 8th day of December, 2010.

FOSTER PEPPER PLLC

/s/ Christopher M. Alston
Dillon E. Jackson, WSBA #1539
Christopher M. Alston, WSBA #18823

G. Larry Engel *(pro hac vice)*
Vincent J. Novak *(pro hac vice)*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000

– and –

Alexandra Steinberg Barrage *(pro hac vice)*
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 887-1552

Counsel for AmericanWest Bancorporation

---

[1] Capitalized terms used herein have the meanings given them in the Bidding Procedures Order.