Dillon E. Jackson WSBA #1539
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3400
Seattle, Washington 98101-3299
Telephone: (206) 447-4400
Facsimile No.: (206) 447-9700

G. Larry Engel (*admitted pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile No.: (415) 268-7522

Counsel for
AMERICANWEST BANCORPORATION

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>AMERICANWEST BANCORPORATION,<br><br>Debtor. | Case No. 10-06097-PCW11<br><br>Chapter 11<br><br>**ORDER (i) AUTHORIZING AND APPROVING THE SALE OF CERTAIN ASSETS FREE AND CLEAR OF ALL ENCUMBRANCES, (ii) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS, AND (iii) WAIVING THE 14-DAY STAY OF FED. R. BANKR. P. 6004(h) AND 6006(d)** |

ORDER (i) AUTHORIZING AND APPROVING SALE OF ASSETS FREE AND
CLEAR OF ENCUMBRANCES, (ii) AUTHORIZING AND APPROVING THE
ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS, AND
(iii) WAIVING THE 14-DAY STAY-

sf- 2860431

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

10-06097-FPC11    Doc 153    Filed 12/09/10    Entered 12/09/10 12:27:51    Pg 1 of 18

This matter having come before this Court on the motion of AmericanWest Bancorporation ("AWBC")[1] for Orders Pursuant to §§ 105(a), 363(b), and 365 of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et. seq.* (the "Bankruptcy Code"); Rules 2002, 6004, 6006, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and Rule 6004-1 of the Local Rules for the United States Bankruptcy Court of the Eastern District of Washington (the "Local Rules") (I) Approving (A) Bidding Procedures, (B) Bidding Protections, and (C) the Form and Manner of the Notice of Sale and the Assignment Notice; (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts; and (III) Waiving the 14-Day Stay of Bankruptcy Rules 6004(h) and 6006(d) (the "Sale Motion"); and this Court having conducted a hearing on December 9, 2010 and having entered orders dated (i) November 3, 2010 approving the Interim Bidding Procedures [Docket No. 64]; and (ii) November 18, 2010 approving the Final Bidding Procedures [Docket No. 131]; and no Auction having been held due to the absence of any competing bids, in accordance with the Interim and Final Bidding Procedures previously approved by this Court; and AWBC, in

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Motion (as defined below) or that certain asset purchase agreement (the "Prevailing APA"), dated as of October 27, 2010 by and between AWBC and SKBHC Hawks Nest Acquisition Corp. (the "Purchaser"), as appropriate. All references herein to the "Successful Bidder" shall refer to the Purchaser.

ORDER (i) AUTHORIZING AND APPROVING SALE OF ASSETS FREE AND CLEAR OF ENCUMBRANCES, (ii) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS, AND (iii) WAIVING THE 14-DAY STAY - 2
sf- 2860431

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

10-06097-FPC11    Doc 153    Filed 12/09/10    Entered 12/09/10 12:27:51    Pg 2 of 18

consultation with its financial advisors, its legal advisors, and the official committee of unsecured creditors (the "Committee") established in this Chapter 11 case, having identified the Purchaser as the Successful Bidder (as defined in the Bidding Procedures); and the Sale Hearing having been held on December 9, 2010, at which time this Court considered AWBC's request for the entry of an order approving the Sale (the "Sale Order"); and all interested parties having been afforded an opportunity to be heard with respect to the Sale Motion; and this Court having reviewed and considered (i) the Sale Motion; (ii) the objections thereto, if any; (iii) the arguments made by counsel; and (iv) the evidence proffered or adduced at the Sale Hearing; and it appearing that granting the relief requested in the Sale Motion, approval of the Sale, and the entry of this Sale Order are necessary and in the best interests of AWBC, its estate, creditors, and other parties in interest; and it appearing that the Notice of Sale has been given as set forth in the Sale Motion and that no other or further notice need be given regarding the entry of this Sale Order; and upon the record of the Sale Hearing, and this case; and after due deliberation thereon; and good cause appearing therefor, it is hereby

FOUND AND DETERMINED AS FOLLOWS:

A.  This Court has jurisdiction over the Sale Motion and the transactions contemplated by the Sale Motion pursuant to 28 U.S.C §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C § 157(b)(2)(N). Venue of this case and the Sale Motion is proper pursuant to 28 U.S.C §§ 1408 and 1409.

B.  The statutory predicates for the relief sought in the Sale Motion are sections 105, 363, and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 6006, and 9014.

ORDER (i) AUTHORIZING AND APPROVING SALE OF ASSETS FREE AND CLEAR OF ENCUMBRANCES, (ii) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS, AND (iii) WAIVING THE 14-DAY STAY - 3
sf- 2860431

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

10-06097-FPC11    Doc 153    Filed 12/09/10    Entered 12/09/10 12:27:51    Pg 3 of 18

C.  As evidenced by the affidavits of service previously filed with this Court, and based on the representations of counsel at the Sale Hearing, (i) proper, timely, adequate, and sufficient notice of the Sale and of the assumption and assignment of the 365 Contracts has been provided in accordance with sections 102(1), 363, and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9014, and Local Rule 6004-1; (ii) such notice was reasonable, sufficient, and appropriate under the circumstances; and (iii) no other or further notice of the Sale or of the assumption and assignment of the 365 Contracts shall be required.

D.  A reasonable opportunity to object or be heard with respect to the Sale Motion and the relief requested in the Sale Motion has been afforded to all interested persons and entities, including without limitation: (i) all entities known to have expressed an interest in a transaction with respect to AWBC, the Bank or the Shares and the Other Purchased Assets (or a portion thereof); (ii) any entities known to have asserted any Encumbrance in or upon the Shares or the Other Purchased Assets; (iii) all federal, state, and local regulatory or taxing authorities or recording offices which have a reasonably known interest in the relief requested by the Motion, including the FDIC and the DFI; (iv) all parties to the Prevailing APA and all related agreements; (v) the Office of the United States Trustee; (vi) the Securities and Exchange Commission; (vii) the Internal Revenue Service; (viii) Wilmington Trust Company; (ix) U.S. Bank; (x) Preferred Trust Securities, Ltd. VII; (xi) Preferred Trust Securities, Ltd. X; (xii) Preferred Trust Securities, Ltd. XXII; (xiii) Preferred Trust Securities, Ltd. XXV; (xiv) Bank of New York Mellon; (xv) all entities that have requested notice in accordance with Bankruptcy Rule 2002; (xvii) all other known creditors of AWBC; and (xviii) counsel to the Committee.

ORDER (i) AUTHORIZING AND APPROVING SALE OF ASSETS FREE AND CLEAR OF ENCUMBRANCES, (ii) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS, AND (iii) WAIVING THE 14-DAY STAY - 4
sf- 2860431

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

10-06097-FPC11    Doc 153    Filed 12/09/10    Entered 12/09/10 12:27:51    Pg 4 of 18

E.  AWBC and the Successful Bidder (i) have full corporate power and authority to execute the Prevailing APA and all other documents contemplated by the Sale Motion; (ii) have all of the corporate power and authority necessary to consummate the transactions contemplated by the Sale Motion and the Prevailing APA; and (iii) have taken all corporate action necessary to authorize and approve the Sale and the consummation by AWBC and the Successful Bidder, respectively, of the transactions contemplated thereby. AWBC is the sole and lawful owner of the Shares and the Other Purchased Assets to be sold pursuant to the Prevailing APA.

F.  The Successful Bidder is a third-party purchaser unrelated to AWBC or the Bank.

G.  The Shares and the Other Purchased Assets are property of AWBC's estate.

H.  AWBC has demonstrated sound business justifications, pursuant to section 363(b) of the Bankruptcy Code, with respect to the Sale and other transactions contemplated by the Sale Motion on the timeline set forth therein, including among other things:

(1)  To maximize the value of the Shares and Other Purchased Assets, a Sale must be accomplished within the time constraints set forth in the Prevailing APA, the Final Bid Procedures Order, and the Bidding Procedures because the value of the Shares and Other Purchased Assets will dissipate should the Bank become seized by the regulatory authorities;

(2)  Claims against AWBC's estate will be minimized as a result of the prompt consummation of a Sale of the Shares and Other Purchased Assets. The Successful Bidder will be assuming certain 365 Contracts. To the

ORDER (i) AUTHORIZING AND APPROVING SALE OF ASSETS FREE AND CLEAR OF ENCUMBRANCES, (ii) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS, AND (iii) WAIVING THE 14-DAY STAY - 5
sf- 2860431

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

extent that the Successful Bidder assumes the 365 Contracts, the counterparties to such contracts will have no further recourse against AWBC or its estate; and

(3) The Sale does not constitute a de facto plan of reorganization or liquidation or an element of such a plan for AWBC, as it does not and does not propose to: (i) impair or restructure existing debt of, or equity interests in, AWBC; (ii) impair or circumvent voting rights with respect to any future plan proposed by AWBC; (iii) circumvent Chapter 11 plan safeguards, such as those set forth in sections 1125 and 1129 of the Bankruptcy Code; or (iv) classify claims or equity interests, compromise controversies or extend debt maturities.

I. The terms and conditions of the Sale as set forth in the Prevailing APA were negotiated, proposed, and agreed to by AWBC and the Successful Bidder as parties thereto without collusion, in good faith, and from arm's-length bargaining positions. AWBC has followed in good faith the procedures for notice and Sale as set forth in the Bidding Procedures Order. The Successful Bidder is not an "insider" or "affiliate" of AWBC (as each such term is defined in the Bankruptcy Code). Neither AWBC nor the Successful Bidder have engaged in any conduct that would prevent the application of section 363(m) of the Bankruptcy Code to the Sale and the transactions contemplated by the Prevailing APA. Specifically, the Successful Bidder has not acted in a collusive manner with any person and the consideration provided by the Successful Bidder for the Shares and Other Purchased Assets was not controlled by any agreement among the Successful Bidder and the other potential bidders. The Successful Bidder is entitled to the protections afforded under section 363(m) of the Bankruptcy Code because the Successful Bidder is a good faith purchaser in that, inter alia: (a) the Successful Bidder recognized that AWBC

ORDER (i) AUTHORIZING AND APPROVING SALE OF ASSETS FREE AND CLEAR OF ENCUMBRANCES, (ii) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS, AND (iii) WAIVING THE 14-DAY STAY - 6
sf- 2860431

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

10-06097-FPC11    Doc 153    Filed 12/09/10    Entered 12/09/10 12:27:51    Pg 6 of 18

was free to deal with any other party interested in acquiring the Shares and Other Purchased Assets; (b) the Successful Bidder complied with the provisions of the Bidding Procedures Order; (c) the Successful Bidder agreed to subject its bid to the competitive bidding procedures set forth in the Bidding Procedures Order; (d) the Successful Bidder in no way induced or caused the Chapter 11 filing by AWBC; (e) all payments to be made by the Successful Bidder in connection with the Sale have been disclosed; (f) no common identity of directors or controlling stockholders exists between the Successful Bidder and AWBC; and (g) the negotiation and execution of the Prevailing APA was at arm's length and in good faith.

J. Neither the Successful Bidder nor AWBC has engaged in any conduct that would cause or permit the Prevailing APA to be voided under section 363(n) of the Bankruptcy Code.

K. The consideration provided by the Successful Bidder for the Shares and the Other Purchased Assets (i) is fair and reasonable; (ii) is the highest or otherwise best offer for the Shares and the Other Purchased Assets; (iii) constitutes fair consideration and reasonably equivalent value (as those terms are defined in each of the Uniform Fraudulent Transfer Act, Uniform Fraudulent Conveyance Act and section 548 of the Bankruptcy Code) under the Bankruptcy Code and under the laws of the United States, any state, territory, possession or the District of Columbia; and (iv) will provide a greater recovery for AWBC's creditors and other interested parties than would be provided by any other practically available alternative.

L. The transfer of the Shares and the Other Purchased Assets to the Successful Bidder pursuant to the Sale and the Prevailing APA will be a legal, valid, and effective transfer of the Shares and the Other Purchased Assets and

ORDER (i) AUTHORIZING AND APPROVING SALE OF ASSETS FREE AND
CLEAR OF ENCUMBRANCES, (ii) AUTHORIZING AND APPROVING THE
ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS, AND
(iii) WAIVING THE 14-DAY STAY - 7

sf- 2860431

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

will, upon the occurrence of the Closing, vest in the Successful Bidder all rights, title, and interest of AWBC in the Shares and the Other Purchased Assets, free and clear of any and all Encumbrances (other than Permitted Liens, with respect to the Other Purchased Assets). Except as specifically provided in the Prevailing APA or this Sale Order, the Successful Bidder shall not assume or become liable for any interests in or relating to the Shares and the Other Purchased Assets being sold by AWBC.

M.  AWBC has articulated good cause for waiver of Rules 6004(h) and 6006(d) of the Federal Rules of Bankruptcy Procedure under the circumstances, including, but not limited to, the following: (i) absent a sale of the Shares and the Other Purchased Assets to the Successful Bidder, and concurrent recapitalization of the Bank by the Successful Bidder, the Bank will fail to meet the regulatory capital requirements and will be subject to immediate seizure by the DFI and the FDIC; and (ii) the Successful Bidder has already been approved by the Regulators as purchaser of the Bank.

N.  AWBC has articulated sound business reasons for performing the Prevailing APA, consummating the Sale, and assuming and assigning the 365 Contracts as set forth in the Sale Motion outside of a plan of reorganization, and it is a reasonable exercise of AWBC's business judgment to execute, deliver, and consummate the Prevailing APA and the transactions contemplated thereby.

O.  AWBC may sell the Shares and the Other Purchased Assets free and clear of all Encumbrances (other than Permitted Liens, with respect to the Other Purchased Assets) because one or more of the standards set forth in section 363(f) of the Bankruptcy Code has been satisfied.

ORDER (i) AUTHORIZING AND APPROVING SALE OF ASSETS FREE AND CLEAR OF ENCUMBRANCES, (ii) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS, AND (iii) WAIVING THE 14-DAY STAY - 8
sf- 2860431

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

10-06097-FPC11    Doc 153    Filed 12/09/10    Entered 12/09/10 12:27:51    Pg 8 of 18

P. Pursuant to the Prevailing APA, prior to the expiration of the regular term of the Company D&O Policy, the Successful Bidder may pay directly to the insurer the premium required to purchase extended reporting period coverage for an additional year under such policy.

Q. The terms and conditions of the Sale and the Prevailing APA, including the total consideration to be realized by AWBC pursuant to the Prevailing APA, are fair and reasonable, and the transactions contemplated by the Prevailing APA are in the best interests of AWBC, its creditors, and its estate. A valid business purpose exists for the approval of the Sale and other transactions contemplated by the Sale Motion.

R. The requirements of sections 363(b), 363(f), and 365 of the Bankruptcy Code and any other applicable law relating to the sale of the Shares and the Other Purchased Assets have been satisfied.

S. A reasonable opportunity has been afforded to all interested parties to make a higher or better offer to purchase the Shares and the Other Purchased Assets.

T. Approval at this time of the Sale, the Prevailing APA, and all the transactions contemplated thereby and hereby is in the best interests of AWBC, its creditors, its estate, and other parties in interest.

U. The Successful Bidder has the financial capability to fulfill the obligations contemplated under the Prevailing APA and the financial wherewithal to meet all of its future financial obligations pursuant to the terms of the 365 Contracts.

V. Neither the Successful Bidder nor its affiliates shall be deemed, as a result of any action taken in connection with the purchase of the Shares or Other Purchased Assets, to: (1) be a successor (or other such similarly situated

ORDER (i) AUTHORIZING AND APPROVING SALE OF ASSETS FREE AND CLEAR OF ENCUMBRANCES, (ii) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS, AND (iii) WAIVING THE 14-DAY STAY - 9

sf- 2860431

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

10-06097-FPC11    Doc 153    Filed 12/09/10    Entered 12/09/10 12:27:51    Pg 9 of 18

party) to AWBC (other than with respect to the 365 Contracts as expressly stated in the Prevailing APA); (2) have, de facto or otherwise, merged with or into AWBC; (3) be a mere continuation of AWBC or its estate (and there is no continuity of enterprise between the Successful Bidder and AWBC); or (4) be holding itself out to the public as a continuation of AWBC. The Successful Bidder is not acquiring or assuming any liability, warranty, or other obligation of AWBC, except as expressly set forth in the Prevailing APA.

W. This Sale Order constitutes a final and ~~non~~appealable order within the meaning of 28 U.S.C. § 158(a).

X. Time is of the essence in consummating the Sale. Notwithstanding Bankruptcy Rules 6004(h) and 6006(d), this Court expressly finds that there is no just reason for delay in the implementation of this Sale Order, and expressly directs entry of judgment as set forth herein.

Y. This Court takes judicial notice of the following statistic in the Sale Motion:

(1) Twenty-five banks failed and were taken over by the FDIC in 2008, while 140 failed in 2009. Over 150 banks have failed thus far in 2010.

NOW THEREFORE, BASED UPON THE FOREGOING FINDINGS OF FACT, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, EFFECTIVE IMMEDIATELY, THAT:

1. The Sale Motion is granted.

2. The Prevailing APA substantially in the form attached to the Sale Motion (including all exhibits, schedules and annexes thereto), and all of the terms and conditions thereof, are hereby approved. Pursuant to section 363(b) of the Bankruptcy Code, AWBC is authorized to consummate the Sale pursuant to and in

ORDER (i) AUTHORIZING AND APPROVING SALE OF ASSETS FREE AND CLEAR OF ENCUMBRANCES, (ii) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS, AND (iii) WAIVING THE 14-DAY STAY - 10
sf- 2860431

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

accordance with the terms and conditions of the Prevailing APA, without any further corporate authorization.

3. The Successful Bidder is authorized to consummate the Sale pursuant to and in accordance with the terms and conditions of the Prevailing APA.

4. AWBC is authorized to execute and deliver, and is empowered to perform under, consummate and implement, the Prevailing APA, together with all additional instruments and documents that may be reasonably necessary or desirable to implement the Prevailing APA, and to take all further actions as may be requested by the Successful Bidder for the purpose of assigning, transferring, granting, conveying, and conferring to the Successful Bidder, the Shares and the Other Purchased Assets, or as may be necessary or appropriate to the performance of the obligations as contemplated by the Prevailing APA.

5. Pursuant to Bankruptcy Code sections 105 and 363, title to the Shares and the Other Purchased Assets shall pass to the Successful Bidder at Closing, free and clear of all Encumbrances (other than Permitted Liens, with respect to the Other Purchased Assets), with all Encumbrances to be unconditionally released, discharged, and terminated as to the Shares and the Other Purchased Assets.

6. Except as expressly permitted or otherwise specifically provided for in the Prevailing APA or this Sale Order, effective upon the consummation of the Closing (i) all persons and entities, including, but not limited to, all debt security holders, equity security holders, Bank officers and directors, Bank employees, governmental, tax and other regulatory authorities, lenders, trade and other creditors holding Encumbrances of any kind or nature whatsoever against or in AWBC or the Shares and the Other Purchased Assets (whether legal or equitable, secured or unsecured, matured or unmatured, contingent or non-contingent, liquidated or unliquidated, senior or subordinated), arising under or out of, in connection with, or

ORDER (i) AUTHORIZING AND APPROVING SALE OF ASSETS FREE AND CLEAR OF ENCUMBRANCES, (ii) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS, AND (iii) WAIVING THE 14-DAY STAY - 11
sf- 2860431

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

in any way relating to, AWBC, the Shares and the Other Purchased Assets, the Sale, or the transfer of the Shares and the Other Purchased Assets to the Successful Bidder, hereby are forever barred and estopped from asserting against the Successful Bidder, its successors or assigns (to the extent allowed by law), its property, its officers, directors and shareholders or the Shares and the Other Purchased Assets any actions, including but not limited to, such persons' or entities' Encumbrances; and (ii) all such Encumbrances shall be unconditionally released and terminated as to the Shares and the Other Purchased Assets. All such Encumbrances released, terminated and discharged as to the Shares and Other Purchased Assets shall attach to the Sale proceeds with the same validity, force and effect which they now have as against AWBC, the estate, or the Shares and Other Purchased Assets. The sole and exclusive right and remedy available to holders of any Encumbrances shall be a right to assert the Encumbrance against AWBC's estate.

7. The transfer of the Shares and the Other Purchased Assets to the Successful Bidder pursuant to, and subject to the terms of, the Prevailing APA shall constitute a legal, valid, and effective transfer of the Shares and the Other Purchased Assets, and shall, upon the consummation of the Closing, vest in the Successful Bidder all right, title, and interest of AWBC in and to the Shares and the Other Purchased Assets, free and clear of all Encumbrances (other than Permitted Liens, with respect to the Other Purchased Assets).

8. The Successful Bidder shall not be required to seek or obtain relief from the automatic stay under section 362 of the Bankruptcy Code to enforce any of its remedies under the Prevailing APA or any other Sale-related document. The automatic stay imposed by section 362 of the Bankruptcy Code is modified to the

ORDER (i) AUTHORIZING AND APPROVING SALE OF ASSETS FREE AND
CLEAR OF ENCUMBRANCES, (ii) AUTHORIZING AND APPROVING THE
ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS, AND
(iii) WAIVING THE 14-DAY STAY - 12

sf- 2860431

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

extent necessary to implement the preceding sentence and the other provisions of this Sale Order.

9. The Successful Bidder shall have no obligation to proceed with the Closing until all conditions precedent in the Prevailing APA to its obligation to do so have been met, satisfied or waived in accordance with the terms of the Prevailing APA.

10. AWBC and the Successful Bidder are hereby authorized and directed to comply with all provisions of the Prevailing APA. AWBC is hereby authorized and directed to assume and assign to the Bank (as recapitalized by the Successful Bidder) the 365 Contracts, except any 365 Contracts not desired by the Successful Bidder according to the procedures set forth in the Sale Motion and approved in the Bidding Procedures Order. The Successful Bidder is not required to assume any of the 365 Contracts.

11. AWBC and the Bank have provided adequate assurance of future performance under the 365 Contracts, and the proposed assumption and assignment of the 365 Contracts satisfies the requirements of the Bankruptcy Code. The 365 Contracts, upon assumption by AWBC and assignment to the Bank (as recapitalized by the Successful Bidder), shall be deemed valid and binding, in full force and effect in accordance with their terms, subject to the provisions of this Sale Order, and, pursuant to section 365(k) of the Bankruptcy Code, AWBC shall be relieved from any further liability, except as provided herein and in the Prevailing APA.

12. Upon assignment of the 365 Contracts to the Bank at or subsequent to the Closing, no default shall exist under any of the 365 Contracts and no counterparty to any such 365 Contract shall be permitted to declare a default by or against the Bank under such assigned contract or otherwise take action against the Bank as a result of such assignment or AWBC's financial condition, bankruptcy, or

ORDER (i) AUTHORIZING AND APPROVING SALE OF ASSETS FREE AND CLEAR OF ENCUMBRANCES, (ii) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS, AND (iii) WAIVING THE 14-DAY STAY - 13

sf- 2860431

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

10-06097-FPC11    Doc 153    Filed 12/09/10    Entered 12/09/10 12:27:51    Pg 13 of 18

failure to perform any of its obligations under any of the 365 Contracts. Upon entry of this Sale Order and assumption and assignment of the 365 Contracts, AWBC shall be deemed in compliance with all terms and provisions of the assigned 365 Contracts.

13. AWBC may assume the Tax Sharing Agreement consistent with the prevailing APA and shall promptly transfer to the Bank any amounts of Tax refunds received from any Governmental Authority as required by Section 5.15 of the APA.

14. Notwithstanding anything to the contrary in this Sale Order, no 365 Contract will be assumed and assigned to the Bank until the Closing.

15. Notwithstanding anything herein to the contrary, nothing herein shall in any way affect or diminish any rights of AWBC or any successor thereto (including any Chapter 11 or Chapter 7 trustee) with respect to obligations of the Successful Bidder arising under the Prevailing APA or this Sale Order. This Sale Order shall be binding on AWBC and AWBC's estate (including following any conversion or dismissal of this case), any successor Chapter 7 estate, any confirmed plan of reorganization or liquidation, and any Chapter 7 or Chapter 11 trustees appointed in this case.

16. On the Closing Date, each of AWBC's creditors is authorized and directed to execute such documents and take all other actions as may be necessary to release its interests against or in the Shares and the Other Purchased Assets, if any, as such interests may have been recorded or may otherwise exist. If any person or entity that has filed financing statements or other documents or agreements evidencing Encumbrances against or in the Shares and the Other Purchased Assets shall not have delivered to AWBC prior to the Closing Date, in proper form for filing and executed by the appropriate parties, termination statements, instruments of satisfaction, releases of all Encumbrances that the person or entity has with

ORDER (i) AUTHORIZING AND APPROVING SALE OF ASSETS FREE AND
CLEAR OF ENCUMBRANCES, (ii) AUTHORIZING AND APPROVING THE
ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS, AND
(iii) WAIVING THE 14-DAY STAY - 14

sf- 2860431

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

10-06097-FPC11    Doc 153    Filed 12/09/10    Entered 12/09/10 12:27:51    Pg 14 of 18

respect to the Shares and the Other Purchased Assets or otherwise, AWBC is hereby authorized and directed to execute and file such statements, instruments, releases and other documents on behalf of the person or entity with respect to the Shares and the Other Purchased Assets.

17. This Sale Order shall be binding upon and shall govern the acts of all entities, including without limitation, all filing agents, filing officers, title agents, title companies, recorders of mortgages, recorders of deeds, registrars of deeds, administrative agencies, governmental departments, secretaries of state, federal, state, and local officials, and all other persons and entities who may be required by operation of law, the duties of their office, or contract, to accept, file, register or otherwise record or release any documents or instruments, or who may be required to report or insure any title or state of title in or to any of the Shares and the Other Purchased Assets. ~~Each and every federal, state and local governmental agency, department, or unit is hereby directed to accept any and all documents and instruments necessary and appropriate to consummate the transactions contemplated by the Prevailing APA.~~

18. Except as expressly permitted or otherwise specifically provided for in the Prevailing APA or this Sale Order, the Successful Bidder shall have no liability or responsibility for any liability or other obligation of, or claim against, AWBC arising under or related to the Shares and the Other Purchased Assets and, to the extent allowed by law, the Successful Bidder (and its officers, managers, and members) shall not be liable for any other claims against AWBC or any of their predecessors or affiliates, whether known or unknown as of the Closing Date, now existing or hereafter arising, whether fixed or contingent, with respect to AWBC or any obligations of AWBC arising prior to the Closing Date.

ORDER (i) AUTHORIZING AND APPROVING SALE OF ASSETS FREE AND
CLEAR OF ENCUMBRANCES, (ii) AUTHORIZING AND APPROVING THE
ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS, AND
(iii) WAIVING THE 14-DAY STAY - 15

sf- 2860431

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

10-06097-FPC11    Doc 153    Filed 12/09/10    Entered 12/09/10 12:27:51    Pg 15 of 18

19. This Court retains and shall have exclusive jurisdiction to endorse and implement the terms and provisions of the Prevailing APA, any amendments thereto, any waivers and consents thereunder, and each of the agreements executed in connection therewith in all respects, including, but not limited to, retaining jurisdiction to (a) compel delivery of the Shares and the Other Purchased Assets to the Successful Bidder; (b) compel delivery of the Cash Purchase Price or performance of other obligations owed to AWBC; (c) compel the recapitalization of the Bank in accordance with the terms of the Prevailing APA; (d) resolve any disputes arising under or related to the Prevailing APA; and (e) interpret, implement, and enforce the provisions of the Prevailing APA and this Sale Order.

20. The transactions contemplated by the Prevailing APA are undertaken by the Successful Bidder in good faith, as that term is used in section 363(m) of the Bankruptcy Code, and accordingly, the reversal or modification on appeal of the authorization provided herein to consummate the Sale shall not affect the validity of the Sale free and clear of all Encumbrances unless such authorization is duly stayed pending such appeal prior to the Closing. The Successful Bidder is a purchaser in good faith of the Shares and the Other Purchased Assets and the Successful Bidder is entitled to all of the protections afforded by section 363(m) of the Bankruptcy Code.

21. The terms and provisions of the Prevailing APA and this Sale Order shall be binding in all respects upon, and shall inure to the benefit of, AWBC, its estate, and its creditors, the Successful Bidder and their respective affiliates, successors and permitted assigns, and any affected third parties, notwithstanding any subsequent appointment of any trustee(s) under any chapter of the Bankruptcy Code, as to which trustee(s) such terms and provisions likewise shall be binding.

ORDER (i) AUTHORIZING AND APPROVING SALE OF ASSETS FREE AND CLEAR OF ENCUMBRANCES, (ii) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS, AND (iii) WAIVING THE 14-DAY STAY - 16

sf- 2860431

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

10-06097-FPC11    Doc 153    Filed 12/09/10    Entered 12/09/10 12:27:51    Pg 16 of 18

22. The failure specifically to include any particular provisions of the Prevailing APA in this Sale Order shall not diminish or impair the effectiveness of such provisions, and the Prevailing APA is, by this Sale Order, authorized and approved in its entirety.

23. Non-substantive changes to the Prevailing APA and any related agreements, documents, or other instruments may be made, including modifications, amendments, or supplements agreed upon by the parties in accordance with the terms thereof, without further order of this Court.

24. The Prevailing APA is not in violation of creditors' and equity security interest holders' voting rights.

25. All of AWBC's interests in the Shares and the Other Purchased Assets to be acquired by the Successful Bidder under the Prevailing APA shall be, as of the Closing Date and upon the occurrence of the Closing, transferred to and vested in the Successful Bidder. Upon the occurrence of the Closing, this Sale Order shall be considered, and constitute for any and all purposes, a full and complete general assignment, conveyance, and transfer of the Shares and the Other Purchased Assets acquired by the Successful Bidder under the Prevailing APA and/or a bill of sale or assignment transferring good and marketable, indefeasible title, and interest in the Shares and the Other Purchased Assets to the Successful Bidder.

*[Remainder of page intentionally left blank]*

ORDER (i) AUTHORIZING AND APPROVING SALE OF ASSETS FREE AND CLEAR OF ENCUMBRANCES, (ii) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS, AND (iii) WAIVING THE 14-DAY STAY - 17

sf- 2860431

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

26. Notwithstanding Bankruptcy Rules 6004(h) and 6006(d), the effectiveness of this Sale Order shall not be stayed for 14 days after entry on the docket and shall be effective and enforceable immediately upon such entry. The Successful Bidder and AWBC are authorized to consummate the Sale and cause the Closing to occur as promptly as is practicable following the entry of this Sale Order.

DATED this 9th day of December, 2010

*/s/ Patricia C. Williams*
The Honorable Judge Patricia C. Williams

ORDER (i) AUTHORIZING AND APPROVING SALE OF ASSETS FREE AND CLEAR OF ENCUMBRANCES, (ii) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS, AND (iii) WAIVING THE 14-DAY STAY - 18

sf- 2860431

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700