UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

## List Classifying Claims and Interests

CASE NAME:  
**AMERICANWEST BANCORPORATION**

CASE NUMBER:  
**10-06097-PCW**

The following is a list of CREDITORS, set out and alphabetized by CLASS, as set forth in the debtor's Proposed Plan. The AMOUNT DUE is based on the amount of the claim as indicated by the debtor on the schedules (S), or by the amount of the claim as filed by a creditor (C), or as determined by the court in a judicial hearing (J), whichever is latest in time.

| **CLASS** | **I/U*** | **MEMBER(s) OF CLASS*** | **AMOUNT DUE** | **BASIS*** |
|---|---|---|---|---|
| 1 | U | NONE | NONE | |
| 2 | I | AmericanWest Capital Trust II | $8,603,133.39 | C |
| | | AmericanWest Capital Trust III | $24,044,373.77 | C |
| | | AmericanWest Statutory Trust I | $11,905,733.07 | C |
| | | Columbia Trust Statutory Trust I | $3.370,726.49 | C |
| 3++ | I | Shareholders (lists on file) | NONE | S |

* "I" indicates impaired and "U" indicates unimpaired for each class.

** If the member appears in more than one class as a result of the claim being secured in part and unsecured in part, a "+ " to the right of the class member's name indicates that the claim is secured in part and unsecured in part.

*** If the amount listed is based upon the claim as is scheduled by the debtor, an "S" is indicated under basis. If the amount listed is based upon a proof of claim filed by the creditor, indicate "C" as the basis. If the amount listed is based upon a judicial determination of the claim , indicate "J" as the basis. I hereby tate under penalty of perjury that the information contained in the above List Classifying Claims and Interests is true and correct to the best of my knowledge and belief.

++Shareholders neither receive nor retain any value under the Plan and are deemed to have voted to reject the plan. Claims filed by shareholders for payment are subject to objection.

s/ *Dillon E. Jackson*

Dillon E. Jackson  
Foster Pepper PLLC  
Counsel for Proponent of Plan