DANIEL R. BROWN (Admitted *pro hac vice*)
BROWN LEGAL ADVISORS, LLC
5315 N. Clark st.
Suite 601
Chicago, IL 60640
Tel: (773) 527-0585
daniel@brownlegal.net

Counsel for the Reorganized Debtor

BRUCE K. MEDEIROS
DAVIDSON BACKMAN MEDEIROS PLLC
1550 Bank of America Financial Center
601 West Riverside Avenue
Spokane, WA 99201
(509) 624-4600

Local Counsel for the Reorganized Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| In re | Case No. 10-06097 |
| NIGHTHAWK FINANCIAL CORP., f/k/a AMERICANWEST BANCORPORATION, | Chapter 11 |
| Reorganized Debtor. | |

OFFICE OF THE U.S. TRUSTEE – REGION 18
SEATTLE, WASHINGTON

**<u>DECLARATION OF COUNSEL REGARDING
POST-CONFIRMATION OPERATING REPORT</u>**

Brown Legal Advisors, LLC and Davidson Backman Medeiros PLLC are submitting the post-confirmation disbursement report on behalf of Nighthawk Financial Corp. f/k/a AmericanWest Bancorporation ("<u>Nighthawk</u>") for the quarter ending June 30, 2014.

The attached documents are the representations of Nighthawk. We have not examined this information or the source documents in sufficient detail to enable us to express any form of assurance on this information.

| | |
|---|---|
| 1 | Dated: July 21, 2014 |

Dated: July 21, 2014

                               */s/ Daniel R. Brown*

Daniel R. Brown (Admitted *pro hac vice*)
Brown Legal Advisors, LLC
1253 W. Foster Ave.
Suite 3E
Chicago, IL 60640
Tel: (773) 527-0585
daniel@brownlegal.net

Counsel for the Reorganized Debtor


                               */s/ Bruce K. Medeiros*

Bruce K. Medeiros, WSBA No. 16380
Davidson Backman Medeiros PLLC
1550 Bank of America Financial Center
601 West Riverside Avenue
Spokane, Washington 99201
Tel: (509) 624-4600

Local Counsel for the Reorganized Debtor

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

In re: )
)
Nighthawk Financial Corp., f/k/a ) Case No. 10-6097
AmericanWest Bancorporation )
) **CHAPTER 11 POST-CONFIRMATION**
) **DISBURSEMENT REPORT**
Debtor(s) )

FOR THE QUARTERLY PERIOD ending June 30, 2014

1.  All payments required by the plan for this period have been made: ⬤ Yes ◯ No

2.  Total disbursements during the period: $ 61,986.45

3.  Disbursements by class:

| | |
|---|---|
| Administrative Expenses: | $ 42,384.45 |
| Priority Claims: | $ |
| Class 1: | $ |
| Class 2: | $ |
| Class 3: | $ |
| Class 4: | $ |
| Class 5: | $ |
| Class 6: | $ |
| Class 7: | $ |
| Other classes: ** | $ 19,602.00 |

4.  Attach check registers and bank statements for the period.

Date: 7/20/2014

Prepared by: /s/ Stuart Rothenberg
Bar number (if applicable):
(Address) 555 E Lancaster Ave., Suite 540
Radnor, PA 19087

** Includes payment to post-effective date professionals and bank wire transfer fees.

CHAPTER 11 POST-CONFIRMATION DISBURSEMENT REPORT



## Philadelphia
## Private Bank.com
Banking Services Provided By TheBancorp.com Bank

Last statement: March 31, 2014
This statement: April 30, 2014
Total days in statement period: 30

Direct inquiries to:
Info@thebancorp.com,
888-214-2522

NIGHTHAWK FINANCIAL CORP.
56 33RD AVE S SUITE 279
ST CLOUD MN 56301

The Bancorp Bank
409 Silverside Road Suite 105
Wilmington DE 19809

---

# Business Checking Plus

| | |
|---|---|
| Account number | Beginning balance $3,446,605.06 |
| Enclosures | Total additions .00 |
| | Total subtractions 33,066.54 |
| | Ending balance $3,413,538.52 |

## CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 106 | 04-09 | 833.33 | 1000 * | 04-04 | 300.00 |
| 107 | 04-09 | 36.51 | 1001 | 04-29 | 4,875.00 |
| 108 | 04-21 | 202.50 | * Skip in check sequence | | |

## DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 04-16 | ' Preauthorized Wd | 3,541.67 |
| | NIGHTHAWK FIN DR OFFSET Debit Offset for O riginated Credits | |
| 04-16 | ' Preauthorized Wd | 0.20 |
| | NIGHTHAWK FIN ACH CHRG Cumulative Charge | |
| 04-18 | ' Preauthorized Wd | 1.00 |
| | NIGHTHAWK FIN ACH CHRG Cumulative Charge | |
| 04-18 | ' Preauthorized Wd | 23,276.33 |
| | NIGHTHAWK FIN DR OFFSET Debit Offset for O riginated Credits | |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-31 | 3,446,605.06 | 04-16 | 3,441,893.35 | 04-29 | 3,413,538.52 |
| 04-04 | 3,446,305.06 | 04-18 | 3,418,616.02 | | |
| 04-09 | 3,445,435.22 | 04-21 | 3,418,413.52 | | |

---

10-06097-FPC11    Doc 570    Filed 07/21/14    Entered 07/21/14 15:14:03    Pg 4 of 16

**OVERDRAFT/RETURN  ITEM FEES**

|                           | Total for this period | Total year-to-date |
|---------------------------|-----------------------|--------------------|
| Total Overdraft Fees      | $0.00                 | $0.00              |
| Total Returned Item Fees  | $0.00                 | $0.00              |

**To Help Balance Your Account**

| Checkbook balance on statement date | |
|---|---|
| **1. Add** interest credited and other deposits made but not yet entered in your checkbook. | |
| | |
| | |
| Subtotal: | |
| **2. Subtract** service charge and other deductions not previously entered in your checkbook balance. | |
| | |
| Subtotal: | |
| A. Adjusted checkbook balance | |

| Statement ending balance | | |
|---|---|---|
| 3. Add deposits made but not shown in this statement. | | |
| | | |
| | | |
| | | |
| Subtotal: | | |
| **4. List** and subtract checks issued and withdrawls made but not shown on this statement. | Check No. | Amount |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Subtotal: | | |
| B. Adjusted statement balance | | |

**Your checkbook is in balance if line A agrees with line B.**

**If your adjusted checkbook and bank statement balances do not agree:**
1. Review last month's statement to make sure any differences were corrected.
2. Check additions and subtractions in your checkbook.
3. Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.
4. Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.
5. Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.

**How the Finance Charge, if any, is Calculated**
If this statement includes billing information regarding a line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances. To get daily balances, we take the beginning balance of your account each day, add any new loans or charges and subtract any payments or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge. If there is only one (1) daily periodic rate during the statement period, the finance charge may also be verified by multiplying the average daily balance by the number of days in the statement period and multiplying the result by the applicable daily periodic rate. Payments received by 3:00 pm ET will be credited on the same banking day. Payments received after this time will be credited on the next banking day.

**In Case Of Errors or Questions about Your Personal Line of Credit (This is a Summary of Your Billing Rights)**
If you think your statement is wrong, or you need more information about a transaction on your statement, write us as soon as possible at the address on the front of your statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us at the number on the front of your statement, but doing so will not preserve your rights.
In your letter, give us the following information:
1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your questions, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your minimum monthly payment automatically by charging your deposit account with us, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic payment is scheduled to occur.

**In Case of Errors or Questions About Electronic Transfers**
Please telephone or write us using the telephone number or address listed on the front of the statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on this statement or on a receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.
1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain, as clearly as you can, why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days (20 days for point-of-sale or foreign debit card transactions) to do this, we will recredit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**In Case of Irregularities Identified On This Statement**
You must notify us within 30 days of the date we mailed or made this statement available to you of any unauthorized or missing signature or alteration on a check or other improper charges identified on this statement or within 60 days in the case of unauthorized or missing endorsement. Failure to notify us within the prescribed time periods or to commence action against us within 90 days after notice to us will preclude you from asserting claims against us based on such checks or charges.

**In Case of Loss or Theft of Your Bank Card**
To report the loss, theft, disappearance or suspected unauthorized use of the card or any disclosure of the Personal Identification Number (PIN), call us at 1-888-762-5101 anytime, 24 hours a day.



335128070     106     $833.33



335128080     107     $36.51



337926060     108     $202.50



6668146720     1000     $300.00



6673282480     1001     $4,875.00

L3014  -26921



Banking Services Provided By TheBancorp.com Bank

Last statement: April 30, 2014
This statement: May 31, 2014
Total days in statement period: 31

Page 1 of 3

Direct inquiries to:
Info@thebancorp.com,
888-214-2522

NIGHTHAWK FINANCIAL CORP.
56 33RD AVE S SUITE 279
ST CLOUD MN 56301

The Bancorp Bank
409 Silverside Road Suite 105
Wilmington DE 19809

---

**MAKE IT YOUR BUSINESS TO SAFEGUARD DATA. KEEP YOUR CREDENTIALS AND DATA SAFE FROM CYBER CRIMINALS. VISIT THE NACHA RESOURCE CENTER TODAY.**

---

## Business Checking Plus

| Account number | | |
|---|---|---|
| Enclosures | 4 | |

| | |
|---|---|
| Beginning balance | $3,413,538.52 |
| Total additions | 7,083.33 |
| Total subtractions | 19,459.67 |
| Ending balance | $3,401,162.18 |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 110 | 05-06 | 67.17 | 1004 | 05-23 | 869.92 |
| 1002 * | 05-14 | 1,521.79 | * Skip in check sequence | | |
| 1003 | 05-29 | 2,000.00 | | | |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 05-01 | ′ Preauthorized Wd | 7,916.66 |
| | NIGHTHAWK FIN DR OFFSET Debit Offset for Originated Credits | |
| 05-01 | ′ Preauthorized Wd | 0.40 |
| | NIGHTHAWK FIN ACH CHRG Cumulative Charge | |
| 05-06 | ′ Preauthorized Wd | 7,083.33 |
| | NIGHTHAWK FIN DR OFFSET Debit Offset for Originated Credits | |
| 05-06 | ′ Preauthorized Wd | 0.40 |
| | NIGHTHAWK FIN ACH CHRG Cumulative Charge | |

Banking Services Provided by The Bancorp Bank

**CREDITS**

| Date | Description | Additions |
|------|-------------|-----------|
| 05-05 | ' Preauthorized Credit | 7,083.33 |
| | NIGHTHAWK  FIN CREDIT RTN Chargeback For Ret | |
| | urned Originated Credits | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 04-30 | 3,413,538.52 | 05-06 | 3,405,553.89 | 05-29 | 3,401,162.18 |
| 05-01 | 3,405,621.46 | 05-14 | 3,404,032.10 | | |
| 05-05 | 3,412,704.79 | 05-23 | 3,403,162.18 | | |

**OVERDRAFT/RETURN  ITEM FEES**

| | Total for this period | Total year-to-date |
|------|--------|--------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**To Help Balance Your Account**

| | |
|---|---|
| Checkbook balance on statement date | |
| 1. **Add** interest credited and other deposits made but not yet entered in your checkbook. | |
| | |
| | |
| Subtotal: | |
| 2. **Subtract** service charge and other deductions not previously entered in your checkbook balance. | |
| | |
| Subtotal: | |
| A. Adjusted checkbook balance | |

| | |
|---|---|
| Statement ending balance | |
| 3. Add deposits made but not shown in this statement. | |
| | |
| | |
| | |
| Subtotal: | |

| 4. **List** and subtract checks issued and withdrawls made but not shown on this statement. | Check No. | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Subtotal: | | |
| B. Adjusted statement balance | | |

**Your checkbook is in balance if line A agrees with line B.**

**If your adjusted checkbook and bank statement balances do not agree:**
1. Review last month's statement to make sure any differences were corrected.
2. Check additions and subtractions in your checkbook.
3. Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.
4. Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.
5. Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.

**How the Finance Charge, if any, is Calculated**
If this statement includes billing information regarding a line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances. To get daily balances, we take the beginning balance of your account each day, add any new loans or charges and subtract any payments or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge. If there is only one (1) daily periodic rate during the statement period, the finance charge may also be verified by multiplying the average daily balance by the number of days in the statement period and multiplying the result by the applicable daily periodic rate. Payments received by 3:00 pm ET will be credited on the same banking day. Payments received after this time will be credited on the next banking day.

**In Case Of Errors or Questions about Your Personal Line of Credit (This is a Summary of Your Billing Rights)**
If you think your statement is wrong, or you need more information about a transaction on your statement, write us as soon as possible at the address on the front of your statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us at the number on the front of your statement, but doing so will not preserve your rights.
In your letter, give us the following information:
1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your questions, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your minimum monthly payment automatically by charging your deposit account with us, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic payment is scheduled to occur.

**In Case of Errors or Questions About Electronic Transfers**
Please telephone or write us using the telephone number or address listed on the front of the statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on this statement or on a receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.
1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain, as clearly as you can, why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days (20 days for point-of-sale or foreign debit card transactions) to do this, we will recredit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**In Case of Irregularities Identified On This Statement**
You must notify us within 30 days of the date we mailed or made this statement available to you of any unauthorized or missing signature or alteration on a check or other improper charges identified on this statement or within 60 days in the case of unauthorized or missing endorsement. Failure to notify us within the prescribed time periods or to commence action against us within 90 days after notice to us will preclude you from asserting claims against us based on such checks or charges.

**In Case of Loss or Theft of Your Bank Card**
To report the loss, theft, disappearance or suspected unauthorized use of the card or any disclosure of the Personal Identification Number (PIN), call us at 1-888-762-5101 anytime, 24 hours a day.



342132520     110     $67.17



344685150     1002     $1,521.79



6679873840     1003     $2,000.00



6678172360     1004     $869.92

L2989  -25681



Banking Services Provided By TheBancorp.com Bank

Last statement: May 31, 2014
This statement: June 30, 2014
Total days in statement period: 30

Page 1 of 3

Direct inquiries to:
Info@thebancorp.com,
888-214-2522

NIGHTHAWK FINANCIAL CORP.
56 33RD AVE S SUITE 279
ST CLOUD MN 56301

The Bancorp Bank
409 Silverside Road Suite 105
Wilmington DE 19809

---

**MAKE IT YOUR BUSINESS TO SAFEGUARD DATA. VISIT: NACHA.ORG/RISK/TOOLS CLICK: SOUND BUSINESS PRACTICES**

---

# Business Checking Plus

| | | | |
|---|---|---|---|
| Account number | | Beginning balance | $3,401,162.18 |
| Enclosures | 5 | Total additions | .00 |
| | | Total subtractions | 14,733.57 |
| | | Ending balance | $3,386,428.61 |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1005 | 06-10 | 2,000.00 | 1008 | 06-25 | 550.00 |
| 1006 | 06-10 | 2,780.20 | 1010 * | 06-27 | 1,390.10 |
| 1007 | 06-11 | 46.61 | * Skip in check sequence | | |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 06-02 | ' Outgoing Wire | 833.33 |
| | OUTGOING WIRE GFX 20141530141600 BNF C. MILES, LLC | |
| | OBI MONTHLY PAY | |
| 06-02 | ' Service Charge | 25.00 |
| | OUTGOING WIRE | |
| 06-02 | ' Outgoing Wire | 7,083.33 |
| | OUTGOING WIRE GFX 20141530143100 BNF STUART ROTHEN | |
| | BERG OBI MONTHLY PAY | |
| 06-02 | ' Service Charge | 25.00 |
| | OUTGOING WIRE | |

Banking Services Provided by The Bancorp Bank

NIGHTHAWK  FINANCIAL  CORP.
June 30, 2014

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05-31 | 3,401,162.18 | 06-10 | 3,388,415.32 | 06-25 | 3,387,818.71 |
| 06-02 | 3,393,195.52 | 06-11 | 3,388,368.71 | 06-27 | 3,386,428.61 |

**OVERDRAFT/RETURN  ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## To Help Balance Your Account

| | |
|---|---|
| **Checkbook balance on statement date** | |
| **1. Add** interest credited and other deposits made but not yet entered in your checkbook. | |
| | |
| | |
| Subtotal: | |
| **2. Subtract** service charge and other deductions not previously entered in your checkbook balance. | |
| | |
| Subtotal: | |
| **A. Adjusted checkbook balance** | |

| | | |
|---|---|---|
| **Statement ending balance** | | |
| 3. Add deposits made but not shown in this statement. | | |
| | | |
| | | |
| | | |
| Subtotal: | | |
| **4. List** and subtract checks issued and withdrawls made but not shown on this statement. | Check No. | Amount |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Subtotal: | | |
| **B. Adjusted statement balance** | | |

**Your checkbook is in balance if line A agrees with line B.**

**If your adjusted checkbook and bank statement balances do not agree:**

1. Review last month's statement to make sure any differences were corrected.
2. Check additions and subtractions in your checkbook.
3. Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.
4. Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.
5. Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.

**How the Finance Charge, if any, is Calculated**

If this statement includes billing information regarding a line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances. To get daily balances, we take the beginning balance of your account each day, add any new loans or charges and subtract any payments or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge. If there is only one (1) daily periodic rate during the statement period, the finance charge may also be verified by multiplying the average daily balance by the number of days in the statement period and multiplying the result by the applicable daily periodic rate. Payments received by 3:00 pm ET will be credited on the same banking day. Payments received after this time will be credited on the next banking day.

**In Case Of Errors or Questions about Your Personal Line of Credit (This is a Summary of Your Billing Rights)**

If you think your statement is wrong, or you need more information about a transaction on your statement, write us as soon as possible at the address on the front of your statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us at the number on the front of your statement, but doing so will not preserve your rights. In your letter, give us the following information:

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your questions, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your minimum monthly payment automatically by charging your deposit account with us, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic payment is scheduled to occur.

**In Case of Errors or Questions About Electronic Transfers**

Please telephone or write us using the telephone number or address listed on the front of the statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on this statement or on a receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain, as clearly as you can, why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days (20 days for point-of-sale or foreign debit card transactions) to do this, we will recredit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**In Case of Irregularities Identified On This Statement**

You must notify us within 30 days of the date we mailed or made this statement available to you of any unauthorized or missing signature or alteration on a check or other improper charges identified on this statement or within 60 days in the case of unauthorized or missing endorsement. Failure to notify us within the prescribed time periods or to commence action against us within 90 days after notice to us will preclude you from asserting claims against us based on such checks or charges.

**In Case of Loss or Theft of Your Bank Card**

To report the loss, theft, disappearance or suspected unauthorized use of the card or any disclosure of the Personal Identification Number (PIN), call us at 1-888-762-5101 anytime, 24 hours a day.



350530840     1005     $2,000.00



6682359870     1006     $2,780.20



350774170     1007     $46.61



6685858080     1008     $550.00



6686213430     1010     $1,390.10

L3514  -26490

Register: Business Checking Plus

From 04/01/2014 through 06/30/2014

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 04/07/2014 | 106 | C. Miles, LLC | Accounts Payable | C. Miles, LLC ... | 833.33 | X | | 3,445,471.73 |
| 04/07/2014 | 107 | Cassandra Miles | Accounts Payable | March 2014 Ex... | 36.51 | X | | 3,445,435.22 |
| 04/07/2014 | 108 | BMC Group, Inc. | Accounts Payable | Invoice #326_1... | 202.50 | X | | 3,445,232.72 |
| 04/15/2014 | WIRE | Stuart Rothenberg | Accounts Payable | 4/16 - 4/30/14 ... | 3,541.67 | X | | 3,441,691.05 |
| 04/18/2014 | | | Bank Service Charges | Service Charge | 1.20 | X | | 3,441,689.85 |
| 04/18/2014 | ACH PMT | Compliance Outsour... | Accounts Payable | COS - Mar. & ... | 4,000.00 | X | | 3,437,689.85 |
| 04/18/2014 | ACH PMT | John Decker | Accounts Payable | John Decker - ... | 10,208.33 | X | | 3,427,481.52 |
| 04/18/2014 | ACH PMT | Bogal & Kahn | Accounts Payable | Bogal & Kahn ... | 9,000.00 | X | | 3,418,481.52 |
| 04/18/2014 | ACH PMT | Davidson Backman ... | Accounts Payable | DBM - Invoice... | 68.00 | X | | 3,418,413.52 |
| 04/21/2014 | 1001 | US Trustee | Accounts Payable | 1Q 2014 US Tr... | 4,875.00 | X | | 3,413,538.52 |
| 04/30/2014 | 1002 | Stuart Rothenberg | Accounts Payable | April 2014 exp... | 1,521.79 | X | | 3,412,016.73 |
| 05/01/2014 | WIRE | C. Miles, LLC | Accounts Payable | C. Miles, LLC ... | 833.33 | X | | 3,411,183.40 |
| 05/01/2014 | WIRE | Stuart Rothenberg | Accounts Payable | May 2014 Plan... | 7,083.33 | X | | 3,404,100.07 |
| 05/05/2014 | 110 | Cassandra Miles | Accounts Payable | April 2014 Exp... | 67.17 | X | | 3,404,032.90 |
| 05/06/2014 | | | Bank Service Charges | Service Charge | 0.80 | X | | 3,404,032.10 |
| 05/14/2014 | 1003 | Compliance Outsour... | Accounts Payable | COS - May 20... | 2,000.00 | X | | 3,402,032.10 |
| 05/15/2014 | 1004 | Davidson Backman ... | Accounts Payable | DBM - Invoice... | 869.92 | X | | 3,401,162.18 |
| 06/01/2014 | 1005 | Archer & Greiner, PC | Accounts Payable | Invoice #15720... | 2,000.00 | X | | 3,399,162.18 |
| 06/01/2014 | 1006 | Stuart Rothenberg | Accounts Payable | 5/1/14 - 6/30/1... | 2,780.20 | X | | 3,396,381.98 |
| 06/01/2014 | 1007 | Cassandra Miles | Accounts Payable | May 2014 Exp... | 46.61 | X | | 3,396,335.37 |
| 06/02/2014 | WIRE | C. Miles, LLC | Accounts Payable | C. Miles, LLC ... | 833.33 | X | | 3,395,502.04 |
| 06/02/2014 | WIRE | Stuart Rothenberg | Accounts Payable | June 2014 Plan... | 7,083.33 | X | | 3,388,418.71 |
| 06/06/2014 | | | Bank Service Charges | Service Charge | 50.00 | X | | 3,388,368.71 |
| 06/13/2014 | 1008 | Archer & Greiner, PC | Accounts Payable | Invoice #15757... | 550.00 | X | | 3,387,818.71 |
| 06/23/2014 | 1009 | Davidson Backman ... | Accounts Payable | DBM - Invoice... | 110.00 | | | 3,387,708.71 |
| 06/23/2014 | 1010 | Stuart Rothenberg | Accounts Payable | 7/1 - 7/31/14 C... | 1,390.10 | X | | 3,386,318.61 |
| 06/30/2014 | 1011 | Compliance Outsour... | Accounts Payable | COS - June 20... | 2,000.00 | | | 3,384,318.61 |