DANIEL R. BROWN (Admitted *pro hac vice*)
BROWN LEGAL ADVISORS, LLC
5315 N. Clark st.
Suite 601
Chicago, IL 60640
Tel: (773) 527-0585
daniel@brownlegal.net

Counsel for the Reorganized Debtor

BRUCE K. MEDEIROS
DAVIDSON BACKMAN MEDEIROS PLLC
1550 Bank of America Financial Center
601 West Riverside Avenue
Spokane, WA 99201
(509) 624-4600

Local Counsel for the Reorganized Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| In re<br><br>NIGHTHAWK FINANCIAL CORP., f/k/a AMERICANWEST BANCORPORATION,<br><br>Reorganized Debtor. | Case No. 10-06097<br><br>Chapter 11 |

OFFICE OF THE U.S. TRUSTEE – REGION 18
SEATTLE, WASHINGTON

**DECLARATION OF COUNSEL REGARDING**
**FINAL ACCOUNT**

Brown Legal Advisors, LLC and Davidson Backman Medeiros PLLC are submitting the Final Account on behalf of Nighthawk Financial Corp. f/k/a AmericanWest Bancorporation ("Nighthawk").

The attached documents are the representations of Nighthawk. We have not examined this information or the source documents in sufficient detail to enable us to express any form of assurance on this information.

| 1 | Dated: February 24, 2015 |   */s/ Daniel R. Brown* |
|---|---|---|

Dated: February 24, 2015
                                        */s/ Daniel R. Brown*
                                        Daniel R. Brown (Admitted *pro hac vice*)
                                        Brown Legal Advisors, LLC
                                        5315 N. Clark St., Suite 601
                                        Chicago, IL  60640
                                        Tel:  (773) 527-0585
                                        daniel@brownlegal.net

                                        Counsel for the Reorganized Debtor


                                        */s/ Bruce K. Medeiros*
                                        Bruce K. Medeiros, WSBA No. 16380
                                        Davidson Backman Medeiros PLLC
                                        1550 Bank of America Financial Center
                                        601 West Riverside Avenue
                                        Spokane, Washington 99201
                                        Tel: (509) 624-4600

                                        Local Counsel for the Reorganized Debtor

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:                                      )
                                            )   Case No.
                                            )
                                            )   **CHAPTER 11 FINAL ACCOUNT**
_____   Debtor(s)     )

1. Date plan confirmed: _____

2. Small business case:  ( ) Yes   ( ) No

3. Individual case: ( ) Yes   ( ) No

4. Percentage to be paid to unsecured creditors: _____ (***)

5. All matters to be completed upon the effective date of the plan have been completed and the plan is substantially consummated.

6. All payments required by the plan have been made:  ( ) Yes   ( ) No

7. Disbursements by class:

   | | |
   |---|---|
   | Administrative Expenses: (*) | $_____ |
   | Priority Claims: | $_____ |
   | Class 1: | $_____ |
   | Class 2: (**) | $_____ |
   | Class 3: | $_____ |
   | Class 4: (***) | $_____ |
   | Class 5: | $_____ |
   | Class 6: | $_____ |
   | Class 7: | $_____ |
   | Other classes: | |

   ```
   Please also see attached
   additional explanation
   regarding a reporting
   error that occurred in
   4Q 2013 and the Debtor's
   correction of this error.
   ```

8. There are no pending motions, applications, appeals, adversary proceedings, or contested matters.

Date: _____   Prepared by:  /s/_____
                                         Bar number (if applicable): _____
                                         (Address)   _____
                                                     _____

(*) Administrative Expenses includes fees paid to professionals of HoldCo Advisors, L.P. pursuant the terms of the confirmed plan and approved by Court order dated November 27, 2013 [Dkt 516] as well as the other court approved admin fees and expenses paid to various professionals engaged by the debtor for services rendered prior to the effective date.

(**) All Class 2 claimants elected equity in the reorganized entity and were not entitled to a cash distribution.

(***) There was one unsecured creditor (Class 4) entitled to a cash distribution. That distribution has been completed and no further cash distributions are required.

CHAPTER 11 FINAL ACCOUNT

## Additional Explanation Regarding 4Q 2013 Reporting Error

For 4Q 2013 the Debtor reported $789,896.22 of disbursements. This turned out to be an error. The actual amount of disbursements was $1,367,629.41—a difference of $577,733.19. This error occurred because the $577,733.19 of additional disbursements all occurred on December 31, 2013, but did not appear on the December 2013 bank statement. It instead appeared on the January 2014 bank statement, but was labeled with a December date. As such, the Debtor failed to include these amounts in the 4Q 2013 report because they were left off the bank statement, but failed to include them in the 1Q 2014 report because they were marked with a December date.

The amount of U.S. Trustee fees for $789,896.22 of disbursements is $4,875.00, which the Debtor paid in connection with the 4Q 2013 report. The amount of U.S. Trustee fees for $1,367,629.41 of disbursements is $6,500.00. As such, the Debtor failed to pay $1,625.00 of U.S. Trustee fees in connection with disbursements made in 4Q 2013. The Debtor is thus paying a $1,625.00 make-up payment to the U.S. Trustee in connection with this Final Account.



Last statement: December 31, 2014　　　　　　　Page 1 of 3
This statement: January 31, 2015
Total days in statement period: 31　　　　　　　**(6)**

　　　　　　　　　　　　　　　　　　　　　　　Direct inquiries to:
　　　　　　　　　　　　　　　　　　　　　　　Info@thebancorp.com,
**NIGHTHAWK FINANCIAL CORP.**　　　　　　　　　888-214-2522

　　　　　　　　　　　　　　　　　　　　　　　The Bancorp Bank
　　　　　　　　　　　　　　　　　　　　　　　409 Silverside Road Suite 105
　　　　　　　　　　　　　　　　　　　　　　　Wilmington DE 19809

## Business Checking Plus

| | | | |
|---|---|---|---|
| Account number | | Beginning balance | $3,242,085.01 |
| Enclosures | 6 | Total additions | .00 |
| | | Total subtractions | 14,146.27 |
| | | Ending balance | $3,227,938.74 |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1037 | 01-09 | 1,714.50 | 1040 | 01-23 | 2,000.00 |
| 1038 | 01-12 | 440.00 | 1041 | 01-29 | 55.76 |
| 1039 | 01-15 | 37.38 | 1042 | 01-27 | 650.00 |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 01-02 | ' Preauthorized Wd | 9,247.43 |
| | NIGHTHAWK FIN DR OFFSET Debit Offset for Originated Credits | |
| 01-02 | ' Preauthorized Wd | 0.60 |
| | NIGHTHAWK FIN ACH CHRG Cumulative Charge | |
| 01-30 | ' Preauthorized Wd | 0.60 |
| | NIGHTHAWK FIN ACH CHRG Cumulative Charge | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-31 | 3,242,085.01 | 01-12 | 3,230,682.48 | 01-27 | 3,227,995.10 |
| 01-02 | 3,232,836.98 | 01-15 | 3,230,645.10 | 01-29 | 3,227,939.34 |
| 01-09 | 3,231,122.48 | 01-23 | 3,228,645.10 | 01-30 | 3,227,938.74 |

Banking Services Provided by The Bancorp Bank

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



1037 $1,714.50



1038 $440.00



1039 $37.38



1040 $2,000.00



1041 $55.76



1042 $650.00

L2763 -27747

# Nighthawk Financial
## Transaction List by Date
### January 1 through February 24, 2015

| Type | Date | Num | Name | Memo | Clr | Amount |
|---|---|---|---|---|---|---|
| **Jan 1 - Feb 24, 15** | | | | | | |
| Bill Pmt -Check | 01/02/2015 | ACH PMT | C. Miles, LLC | C. Miles, LLC - CM Dec 2014 fee | √ | -833.37 |
| Bill Pmt -Check | 01/02/2015 | ACH PMT | Stuart Rothenberg | | √ | -8,414.06 |
| Bill Pmt -Check | 01/18/2015 | 1041 | C. Miles, LLC | December 2014 Expense Reimbursement | √ | -55.76 |
| Bill Pmt -Check | 01/18/2015 | 1042 | US Trustee | 4Q 2014 US Trustee fee (Acct. 802-10-06097) | √ | -650.00 |
| Check | 01/30/2015 | | | Service Charge | √ | -1.20 |
| Bill Pmt -Check | 02/02/2015 | ACH PMT | C. Miles, LLC | C. Miles, LLC - CM Jan. 2015 fee | | -833.37 |
| Bill Pmt -Check | 02/02/2015 | ACH PMT | Stuart Rothenberg | | | -8,414.06 |
| Bill Pmt -Check | 02/02/2015 | 1044 | BMC Group, Inc. | Invoice #326_141231 - December 2014 services | | -337.50 |
| Bill Pmt -Check | 02/02/2015 | 1043 | C. Miles, LLC | January 2015 Expense Reimbursement | | -199.81 |
| Bill Pmt -Check | 02/06/2015 | 1046 | Compliance Outsourcing | COS - January 2015 fee for services | | -2,000.00 |
| Bill Pmt -Check | 02/10/2015 | 1047 | Sandler O'Neill & Partner | Sandler O'Neill - Final payment of Sandler claim | | -35,601.23 |
| Bill Pmt -Check | 02/16/2015 | 1049 | Compliance Outsourcing | COS - February 2015 fee for services | | -2,000.00 |
| Bill Pmt -Check | 02/23/2015 | 1050 | US Trustee | 4Q 2013 US Trustee Fee - Additional Payment | | -1,625.00 |
| **Jan 1 - Feb 24, 15** | | | | | | **-60,965.36** |

Page 1 of 1

10-06097-FPC11    Doc 576    Filed 02/24/15    Entered 02/24/15 15:40:02    Pg 8 of 8